# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO LUA, <br><br> Plaintiff, <br><br> v. <br><br> LAC CSP MEDICAL OFFICIALS, *et al.*, <br><br> Defendants. | Case No. CV 10-3548 DOC (JCG) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and adopted.
2. Judgment be entered dismissing this action with prejudice.
3. The Clerk serve copies of this Order and the Judgment on the parties.

DATED: May 6, 2011

_/s/ David O. Carter_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE