1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10
11 HUGO LUA,                          ) Case No. CV 10-3548 DOC (JCG)
                                     )
12          Plaintiff,               )
                                     ) **JUDGMENT**
13          v.                       )
                                     )
14 LAC CSP MEDICAL                   )
   OFFICIALS, *et al.*,             )
15                                   )
            Defendants.              )
16                                   )
   _____ )
17
18       IT IS ADJUDGED that the above-captioned action is **DISMISSED**
19 **WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report
20 and Recommendation.
21
22
   DATED: <u>May 6, 2011</u>
23
                                     _____
24
                                        HON. DAVID O. CARTER
25                                   UNITED STATES DISTRICT JUDGE
26
27
28

1